**FORM TO BE USED BY FEDERAL PRISONERS FOR FILING A PETITION FOR WRIT OF HABEAS CORPUS UNDER TITLE 28 U.S.C. § 2241**

### IN THE UNITED STATES DISTRICT COURT

FOR THE *DISTRICT OF MA*

*EDWIN GUNN*
_____
Petitioner

*US VS GUNN 96-1055 WGY*
*7133-038 FMC DEVENS*
*PO BOX 879 AYER MA 01432*

(Full name under which you were convicted;
Prison Number; Full Mailing Address).

VS.

*WARDEN WYNN*
_____
Respondent(s)

_____

_____

(Name of Warden or other authorized person
having custody of Petitioner).

CIVIL ACTION NO._____

# 04-40053 WGY

MAGISTRATE JUDGE *Alexander*

**PLEASE COMPLETE THE FOLLOWING. READ THE ENTIRE PETITION BEFORE FILLING IT OUT. ANSWER THOSE QUESTIONS WHICH PERTAIN TO YOUR TYPE OF CLAIM.**

1. This petition concerns: (check appropriate blank)

_____ A conviction

__X__ A sentence (**CAUTION:** If you are attacking a sentence imposed under a Federal Judgment, you must file a direct motion under 28 U.S.C. § 2255 in the Federal Court which entered the Judgment).

_____ Jail or prison conditions

_____ Prison discipline issue

_____ A parole problem

_____ Other. State briefly: *ARMED CAREER CRIMINAL IS NO LONGER APPLICABLE TO MY SENTENCE.*

2. Place of detention: *FMC DEVENS MA.*

**HAVE YOU FILED PREVIOUS PETITIONS FOR HABEAS CORPUS MOTION UNDER TITLE 28 U.S.C. § 2255, OR ANY APPLICATIONS, PETITONS OR MOTIONS WITH RESPECT TO THIS CONVICTION?**

_____V\_\_\_\_\_ Yes        _____ No

3. If your answer is "yes," give the following information:

a. Name of the Court: _US DISTRICT COURT OF MA._

b. Nature of proceeding: _ACC_

c. Grounds raised: _ACC IS NOT APPLICABLE TO MY SENTENCE_

d. Result: _DENIED_

e. Date of result: _SOMETIME IN "01"_

f. Citation or number of any written opinion or order entered pursuant to each such disposition: _I DONT HAVE ANYTHING._

4. If you did not file a motion under section 2255 of Title 28 U.S.C., or if you filed a motion and it was denied, state why your remedy by way of such motion is inadequate or ineffective to test the legality of your detention: _BECAUSE BACK IN 2001 I WAS TIME BARRED AS OF NOW I CAN "APPEAL" SEE US GADSON._

5. Does counsel presently represent you? _____ Yes \_\_\_\_V\_\_\_ No

If so, Name address and phone number of counsel: _____

6. Name and location of court, which imposed sentence: _US DISTRICT CY OF MA. (HONORABLE CHIEF JUDGE WGY)_

7. Indictment or case number, if known: _US VS GUNN 96-10055 WGY._

8. Offense or Offenses for which sentence was imposed: _FELON IN POSSESSION_
_OF FIREARM._

9. Date upon which sentence was imposed and the term of the sentence: _3/21/96, 18 MOS_
_6 YRS SR._

10. When was a finding of guilt made? (Check one)

_____ After a plea of guilty

_____ After a plea of not guilty

_____ After a plea of Nolo Contendre

11. If you were found guilty after a plea of not guilty, was that finding made by:

_____✓____ A jury

_____ A judge without a jury

12. Did you appeal the judgment of the conviction or the imposition of a sentence? ___✓___ Yes _____ No

13. If you did appeal, give the following information for each appeal:

a. Name of court: _APP CT OF MA 1ST CIR_

b. Result: _DENIED_

c. Date of result: _2/8/98_

d. Citation or number of opinion: _APP CT 98_

e. Grounds raised: (List each one)
_TAT STATE COURT_
_____
_____
_____
_____
_____

**NOTE: If you appealed more than once, attach an additional sheet of paper the same size, give all the information requested above in question number 13, a through e. DO NOT WRITE ON BACK OF PAGE.**

14. Summarize briefly the facts supporting each ground. If necessary attach a single page behind this page.

**CAUTION:** If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

a. Ground one: _MY SENTENCE IS UnConstitutional_

Supporting Facts: (Tell your story BRIEFLY without citing cases or law. You are CAUTIONED that you must state facts not <u>conclusions,</u> in support of your grounds. E.g., who did exactly what to violate your rights at what time or place).

_ACC IS No longer Applicable To MY_
_SENTENCE._

b. Ground Two: _____

Supporting Facts: _____

Ground Three: _____

Supporting Facts: _____

15. If this petition concerns jail or prison conditions, prison discipline, a parole problem or other cause under 28 U.S.C. § 2241, answer the following:

a. Did you present the facts in relation to your present complaint in the internal prison grievance procedure?

_____ ✓ Yes _____ No

(1) If your answer to "a" above is yes, what was the result? _The WARDEN oas_
_To1D ME hE DOES NOT handlE COURT MATTERS_

(2) If your answer to "a" above is no, explain: _____

b. Did you present your claim to the Bureau of Prisons or other federal agency for administrative action?

_____ ✓ Yes _____ No

(1) If your answer is "yes," state the date such claim was submitted and what action, if any has been taken:

(2) If your claim has not been acted on, attach copies of any correspondence you have received from the Bureau of Prisons or other federal agency concerning you.

c. **STATEMENT OF CLAIM:** State here as briefly as possible the facts of your case. DO NOT give any legal arguments or cite any cases or any statutes. Attach extra pages of the same size to this page if more room is necessary. DO NOT write on the reverse side of this page.

_I hAVE BEEN WAiTiNG APRoX. 4 YEARS_
_TO BE RESENTLNCED._

**16. RELIEF:** state briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

RESENTENCE ME AND PLEASE APPOINT
ME COUNSEL

Signed on this the _8Th_ day of _APR_ , 200 _4_.

_____
Signature of petitioner

**I DECLARE (OR CERTIFY, VERIFY OR STATE) THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE OR INFORMATION AND BELIEF AND THAT ANY FALSE STATEMENTS MADE THEREIN ARE MADE SUBJECT TO THE PENALTIES OF APPLICABLE LAWS RELATING TO UNSWORN FALSIFICATIONS TO AUTHORITIES.**

**Executed on:** _8Th DAY_ , 200 _4_.

_____
Signature of petitioner

A HANDWRITTEN
TRUE COPY OF
MY 28 USC 2241
E. Kng

6