```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

EDWIN GUNN.                       )
           Petitioner,            )
                                  )   Civil Action No. 04-40053-WGY
      v.                          )
                                  )
DAVID WINN, WARDEN                )
           Respondent.            )
```

### ORDER OF DISMISSAL

In accordance with this Court's Memorandum and Order dated April 26, 2004, it is ORDERED that the Section 2241 habeas petition is dismissed.

```
                              TONY ANASTAS,
                              CLERK OF COURT


Date: 4/26/04              By /s/ Barbara Morse
                              Deputy Clerk
```